No. 17,396.

MASON *v.* MASON.
(276 P. [2d] 568)

Decided November 15, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. GEORGE T. ASHEN, for plaintiff in error.

Mr. PAUL C. BROWN, for defendant in error.